[No. 4315–II.  Division Two.  April 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL JULIUS OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00143–1, Robert D. McMullen, J., entered August 31, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 8085–7–I.  Division One.  April 9, 1981.]

ROSS CORRALES, ET AL, *Respondents,* v. SECURITY PRODUCTS AND DISTRIBUTING, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 845770, Frank J. Eberharter, J., entered September 17, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Corbett, J.

[No. 7954–9–I.  Division One.  April 9, 1981.]

PAKIE V. PLASTINO, *Appellant,* v. LARS E. TRULSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 782948, James J. Dore, J., entered August 6, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.